IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FLOYD ALLEN JENKINS | ) |
| | ) |
| v. | ) Case No. 3:10-0705 |
| | ) Judge Nixon/Knowles |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security | ) |

## O R D E R

Before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. §405(g), With Remand to Defendant, Document No. 17. The Plaintiff filed a response stating he does not have an objection to the Motion for Remand (Docket No. 25).

The Court has read and considered the Motion and Memorandum in Support.

Accordingly, the Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. §405(g), Document No. 23, is **GRANTED,** and this cause is **REVERSED AND REMANDED** to the Commissioner for further action.

It is so **ORDERED.**

_____
JOHN T. NIXON
SENIOR U.S. DISTRICT JUDGE