UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FLOYD ALLEN JENKINS )
)
v. ) No. 3:10-0705
) Judges Nixon/Knowles
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

### MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. SUBSECTION 2412

The Plaintiff, hereby moves the Court in the above-captioned matter to award attorney's fees to be paid by the Defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. Subsection 2412. Plaintiff asks for an award of attorney's fees in the amount of $3,784.20. The Plaintiff submits his attorney's certificate detailing the time involved in seeking relief before the Court, and the Plaintiff asserts that the Commissioner's position was not substantially justified.

WHEREFORE, it is requested that attorneys fees in the amount of $3,784.20 be awarded to the Plaintiff pursuant to 28 U.S.C. Subsection 2412.

*Denied as moot.* [handwritten annotation with signature]

Respectfully submitted,

s/Julie Atkins
JULIE ATKINS
103 EAST CENTRAL STREET
HARLAN, KENTUCKY 40831
TELEPHONE: (606) 573-4486
ATTORNEY FOR PLAINTIFF